# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

JULIAN WILLIAMS   PLAINTIFF
ADC #150663

V.   4:11-CV-00522-BRW-HDY

CLAYTON EDWARDS *et al.*   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young (Doc. No. 23). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against the Does are DISMISSED WITHOUT PREJUDICE, and the names of the Does are removed as party Defendants.

DATED this 18th day of January, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE