**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

JULIAN WILLIAMS                                                                                    PLAINTIFF
ADC #150663

V.                                          4:11-CV-00522-BRW-HDY

CLAYTON EDWARDS *et al.*
                                                                                                              DEFENDANTS

**JUDGMENT**

Based on the Order that was entered today, Plaintiff's claims against the Does are DISMISSED WITHOUT PREJUDICE, and the names of the Does are removed as party Defendants.

IT IS SO ORDERED this 18th day of January, 2012.


                                                                /s/  Billy Roy Wilson
                                                                UNITED STATES DISTRICT JUDGE