# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

JULIAN WILLIAMS                                                                                    PLAINTIFF
ADC #150663

V.                                    NO: 4:11CV00522 BRW/HDY

CLAYTON EDWARDS *et al.*                                                               DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Billy Roy Wilson.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the

1

>hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff Julian Williams, formerly held at the Arkansas Department of Correction's Tucker Unit, filed a *pro se* complaint (docket entry #2), pursuant to 42 U.S.C. § 1983, on June 28, 2011.

On January 24, 2012, the Court entered an order scheduling a hearing in this matter for April 23, 2012 (docket entry #35). That same order also directed Plaintiff to submit a statement of his intent to continue with the prosecution of this case, along with a list of proposed witnesses, no later than February 24, 2012, and warned him that his failure to respond could result in the dismissal of his complaint. To date, Plaintiff has failed to respond, and mail recently sent to his address of record at the Tucker Unit has been returned as undeliverable, with a notation indicating that he has been paroled (docket entries #37-#38). Under these circumstances, the Court concludes that Plaintiff's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and for failure respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion). In light of this recommendation,

Defendants' motion to dismiss (docket entry #39) is moot.

      IT IS THEREFORE RECOMMENDED THAT:

      1.      Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the Court's order.

      2.      The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

      3.      Defendants' motion to dismiss (docket entry #39) be DENIED AS MOOT.

      DATED this __28__ day of February, 2012.

                                                                UNITED STATES MAGISTRATE JUDGE