**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JULIAN WILLIAMS                                                                                       PLAINTIFF
ADC #150663

V.                                               4:11-CV-00522 BRW

CLAYTON EDWARDS *et al.*                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the Court's order.

2. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

3. Defendants' motion to dismiss (Doc. No. 39) is DENIED AS MOOT.

DATED this 21st day of March, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE